Charles Edward HUMPHRIES,
Jr., Plaintiff–Appellant,

v.

Jimmy ASHE, Jackson County, NC
Sheriff; C.B. Hooper, Jackson County
Sheriff's Department Deputy & Super-
visor of Work Crew; Matt Helton,
Jackson County Sheriff's Department
Lieutenant; Sheila Aiken, Jackson
County Sheriff's Department Lieuten-
ant; Brian Wellmon, Jackson County
Sheriff's Department Sergeant; Dew-
eese, Jackson County Sheriff's Depart-
ment Medical Provider, Defendants–
Appellees.

No. 14-7387.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: March 19, 2015.

Charles Edward Humphries, Jr., Appel-
lant Pro Se.

Before KEENAN, WYNN, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles Edward Humphries, Jr. appeals
the district court's order dismissing his 42
U.S.C. § 1983 (2012) complaint without
prejudice for failure to exhaust adminis-
trative remedies. We have reviewed the
record and find no reversible error. Ac-
cordingly, we deny his motion to appoint
counsel and affirm for the reasons stated
by the district court. *See Humphries v.
Ashe,* No. 2:12–cv–00066–RJC, 2014 WL
4384372 (W.D.N.C. Sept. 4, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*